# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

FameFlynet, Inc.
    Plaintiff(s)

v.

Jasmine Enterprises, Inc.
    Defendant(s)

Case No. 17 C 4749

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____ ,

    which ☐ includes _____ pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Final judgment is entered in favor of the plaintiff and against the defendant as to liability including costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Thomas M. Durkin on a motion for summary judgment.

Date: 8/8/2019

Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland_____, Deputy Clerk